FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 11  AM 7:29

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TROY A. DOUSE | * CIVIL ACTION NO. 04-1380 |
| VERSUS | * SECTION: K |
| | * MAGISTRATE: 1 |
| GLOBAL PIPELINES PLUS, L.L.C., | * |
| GLOBAL INDUSTRIES, LTD., | * |
| GLOBAL INDUSTRIES OFFSHORE | * Pursuant to Rule 9(h) of the Federal |
| XYZ INSURANCE CORPORATION | * Rules of Civil Procedure ADMIRALTY |
| ENERGY CATERING SERVICES, L.L.C. | * |
| EAGLE PACIFIC INSURANCE CO. | * |

## ORDER

IT IS HEREBY ORDERED that the judgments of April 28, 2006 and June 12, 2006 are stayed pending the appeal filed by the defendants in this case, and the supersedeas bond filed by the defendants is approved.

New Orleans, Louisiana, the 10th day of July, 2006.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
V  CtRmDep_____
___ Doc. No_____