UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TROY A. DOUSE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-1380** |
| **GLOBAL PIPELINES PLUS, LLC., ET AL.** | **SECTION "K" (1)** |

### ORDER

Before the Court is Plaintiff's Motion for New Trial (Rec.Doc.No. 109) on the Order denying Plaintiff's Motion to Lift the Stay of Judgment on Maintenance and Cure (*See* Rec.Doc.No. 108). Plaintiff has not presented any new case law that would suggest that the Court has jurisdiction to lift the stay previously granted by the Court pursuant to the filing of a notice of appeal and a supersedeas bond. The appeal and the bond covered the entire judgment; thus, the divestiture of jurisdiction applies to the entire judgment. While Plaintiff raises some equitable concerns related to its ability to object to the initial issuance of the stay order, the Court simply does not have jurisdiction over the proceeding, and has no authority to address such concerns. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for New Trial is **DENIED.**

New Orleans, Louisiana, on this  5th  day of October, 2006.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**